# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, M.M. PETTIT**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**LOUIS WALKER**
**HOSPITALMAN (E-3), U.S. NAVY**

**NMCCA 201600081**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 7 December 2015.
**Military Judge:** Maj M.D. Sameit, USMC.
**Convening Authority:** Commanding General, 1st Marine Division, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** LtCol D.C. Young, USMC.
**For Appellant:** CAPT Bree Ermentrout, JAGC, USN.
**For Appellee:** Brian Keller, Esq.

**31 May 2016**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court